(Nos. 83-CC-2586, 83-CC-2603, 83-CC-2701, 83-CC-2702, 84-CC-0113, 84-CC-0368, 84-CC-0425 cons. & not cons.—

MARILYN HARRIS *et al.*, Claimants, *v.* THE STATE OF ILLINOIS, Respondent.

*Opinion filed October 5, 1983.*

AVIVA FUTORIAN and DIANE REDLEAF, for Claimants.

NEIL F. HARTIGAN, Attorney General (ROBERT J. SKLAMBERG, Assistant Attorney General, of counsel), for Respondent.

ROE, C.J.

This cause coming on to be heard on the joint stipulation of the parties hereto, the Court being fully advised in the premises, finds;

That the multiple-party group of Claimants listed herein consists of 540 Claimants seeking individual judgments of varying amounts. These claims, in the aggregate amount of five hundred ninety thousand six hundred thirty-four dollars and fifty-two cents ($590,634.52), are for recovery of benefits to which the named Claimants were entitled between April 1980, and March 17, 1982, but did not receive, under the Aid to Families with Dependent Children (AFDC) program of the Illinois Department of Public Aid. The joint stipulation is preceded by and predicated upon a U.S. district court decision in litigation entitled *Simpson v. Miller*, 81 C 2985. This expenditure is authorized in article IV of the Public Aid Code (Ill. Rev. Stat. 1981, ch. 23, par. 4—1 *et seq.*).

The amount due would have been paid in the regular course of business had the obligation been acknowledged by Respondent at the appropriate time. Such acknowledgment was not then possible because of protracted Federal court litigation, and Claimants could not be timely notified of their right to file claims until recently. By then, the appropriation of funds with which the Department of Public Aid would ordinarily pay such claims had lapsed.

The sole reason said obligation was not previously paid is the present nonavailability of State funds appropriated to the Department for the period in which this debt was incurred. Had this claim been acknowledged while such funds were available, it would normally have been paid extrajudicially. This is confirmed by the written report of the Department, a copy of which is attached to the joint stipulation.

It is therefore ordered that the multiple-party Claimants, Marilyn Harris *et al.*, be and are hereby each awarded the sums specified in the parties' joint stipula-

tion and exhibit R-1 thereto, for an aggregate amount of five hundred ninety thousand six hundred thirty-four dollars and fifty-two cents ($590,634.52).

## APPENDIX—EXHIBIT R-1

### Harris v. IDPA (Second Amended Complaint)

| | |
|---|---|
| Adams, Barbara | $ 150.00 |
| Adams, Dana | 640.00 |
| Alessio, Elaine | 210.00 |
| Alfaro, Charlotte | 1,174.00 |
| Almore, Thelma | 810.00 |
| Alvarez, Betty | 275.00 |
| Alwerdt, Brenda | 140.00 |
| Ammons, Barbara | 123.00 |
| Anderson, Clara | 120.00 |
| Anderson, Gloria | 300.00 |
| Anderson, Linda | 1,612.50 |
| Anderson, Patricia | 1,900.00 |
| Applewhite, Lorraine | 2,700.00 |
| Ash, Pamela S. | 340.59 |
| Ashford, Brenda | 420.00 |
| Bahl, Sharon | 1,215.00 |
| Bailey, Erma | 322.50 |
| Baines, Cynthia | 780.00 |
| Barker, Maryanne | 720.00 |
| Bartley, Patricia | 1,404.00 |
| °Baxter, Eva (Oliver) | 115.00—filed 7/29/83 as Oliver, Edna Baxter, No. 84-CC-364, a separate claim |
| Beasley, Sharon | 920.00 |
| Beck, Sandra R. | 2,100.00 |
| Bell, Debra E. | 387.00 |
| Benson, Dorothy | 3,200.00 |
| Benton, Evey | 1,460.00 |
| Benton, Verna | 3,070.00 |
| Berger, Mary | 3,230.00 |
| Berkley, Deborah Jean | 50.00 |
| Bernabei, Barbara | 293.50 |
| Berry, Sandra | 540.00 |
| Berry, Valerie | 1,500.00 |
| Berry, Vicky | 1,020.00 |
| Beunett, Janette | 465.00 |
| Bickert, Cynthia | 428.00 |
| Billingsley, Brenda | 105.00 |
| °Bingham, Rochelle | 1,020.00—filed 5/10/83 as No. 83-CC-2333, a separate claim |

| | |
|---|---|
| Birdsley, Cathryn | 360.00 |
| Birge, Sherry | 1,000.00 |
| Birmingham, Connie | 1,440.00 |
| Bizzle, Victoria | 338.00 |
| Blair, Gloria | 1,200.00 |
| Blakey, Rebecca | 1,075.00 |
| Blevins, Yolanda | 150.00 |
| Blount, Mary Ann T. | 995.00 |
| Bobbitt, Arlene | 420.00 |
| Bonds, Essie | 210.00 |
| Bones, Janis | 1,020.00 |
| Bonney, Janet | 1,050.00 |
| Booker, Elizabeth | 1,700.00 |
| Bradford, Genola | 1,120.00 |
| Bradley, Beverly | 2,160.00 |
| Brandon, Thelma | 1,920.00 |
| Brantley, Gloria | 267.00 |
| Brittnum, Sadie | 5,370.00 |
| Brock, Ann | 1,140.00 |
| Brooks, Diane | 1,780.00 |
| Brooks, Minnie | 840.00 |
| Brown, Antionette | 362.50 |
| Brown, Brenda | 313.00 |
| Brown, Carolyn | 435.00 |
| Brown, Cassandra | 2,240.00 |
| Brown, Jessie Lee | 2,200.00 |
| Brown, Juanita | 179.00 |
| °Bruchert, Mary J. | 1,210.00—filed 5/20/83 as No. 83-CC-2414, a separate claim |
| Burnett, Charletta | 366.50 |
| Butler, Olivia | 2,709.00 |
| Byrd, Earnestine | 135.00 |
| Cadenas, Lynne | 310.00 |
| Camarillo, Guandalupe | 360.00 |
| Carter, Minnie | 1,920.00 |
| Castillo, Sylvia | 1,000.00 |
| Castillo, Tonette | 1,040.00 |
| Chambers, Ruthye | 160.00 |
| Chandler, Gwendolyn | 1,800.00 |
| Chatman, Renee | 2,226.66 |
| Chavis, Rosemarie | 1,204.00 |
| Childress, Barbara | 2,520.00 |
| Childs, Dorothy | 1,490.00 |
| Churchill, Phyllis | 980.00 |
| Clark, Marcia | 140.00 |
| Clinton, Willie M. | 4,644.00 |
| Close, Patricia A. | 2,793.00 |
| Coleman, Elizabeth | 600.00 |
| Coleman, Mabelene | 1,400.00 |

| | | |
|---|---|---|
| Collins, Cuppie | 850.00 | |
| Combs, Yolanda | 420.00 | |
| °Compton, Irma J. | 650.00 | filed 5/9/83 as No. 83-CC-2328, a separate claim |
| Connor, Jennifer | 600.00 | 83-CC-2549 |
| Connors, Donna | 4,500.00 | 83-CC-2464 |
| Cooper, Rosetta | 2,451.00 | |
| Cooper, Theresa | 1,935.00 | |
| Copenny, Lavern (Bridges) | 200.00 | |
| Corral, Maria | 840.00 | |
| Couch, Terri | 1,346.60 | |
| Cowans, Linda | 1,000.00 | |
| Cowger, David | 520.00 | |
| Cox, Elois | 157.50 | |
| Crawford, Angela | 660.00 | |
| °Crockett, Carmen | 816.44 | filed 7/6/83 as No. 84-CC-113, a separate claim |
| Crowell, Diane | 1,444.50 | |
| Cruz, Maribel | 344.00 | |
| Currie, Regina | 2,580.00 | |
| Curtis, Joyce | 520.00 | |
| Cutler, Donna | 3,700.00 | |
| Dague, Nadine | 174.50 | |
| Dahlman, Janet | 723.28 | |
| Dailey, Ruthie | 585.00 | |
| Darring, Karen | 480.00 | |
| °Daugherty, Felicia | 195.00 | filed 6/16/83 as No. 83-CC-2701, a separate claim |
| °Davidson, Carolyn | 200.00 | filed 6/16/83 as No. 83-CC-2702, a separate claim |
| Davis, Annette | 75.00 | |
| Davis, Deborah (Sandoval) | 2,920.00 | |
| Davis, Delvona | 600.00 | |
| Davis, Everdane | 1,300.00 | |
| Dehart, Dora | 360.00 | |
| Delaney, Lillie Mae | 1,200.00 | |
| Dennis, Carol | 540.00 | |
| Denniston, Lucinda | 160.00 | |
| Desbiens, Karla M. | 3,096.00 | |
| Diaz, Alicia | 300.00 | |
| Dickey, Phillis | 650.00 | |
| Dobbins, Betty | 300.00 | |
| Dorsey, Phyllis L. | 550.00 | |
| Douglas, Brenda | 540.00 | |
| Drazy, Renee | 1,400.00 | |
| Darling, Patricia Ann | 860.00 | |
| Durbin, Kathy | 277.90 | |
| Durham, Cora | 500.00 | |
| Dye, Mary | 1,892.00 | |

| | |
|---|---|
| Edmonds, Valerie | 345.00 |
| Edmund, Priscilla | 242.00 |
| Edwards, Peggy | 2,902.50 |
| Elliott, Charlene | 1,650.00 |
| Ellis, Maggie J. | 3,633.50 |
| Embery, Susan | 175.00 |
| Ephriam, Tarry | 640.00 |
| Estes, Carolyn | 1,600.00 |
| Evans, Joyce | 1,935.00 |
| Everts, Karen | 1,844.00 |
| Ewings, Diane | 4,650.00 |
| Faletti, Virginia | 9.40 |
| Farmer, Catherine | 1,430.00 |
| Feimster, Karen | 575.00 |
| Ferrell, Willa | 1,300.00 |
| Fields, Martha Jean | 30.00 |
| Finley, Martha A. | 1,030.00 |
| Finmara, Giovanna | 800.00 |
| Flake, Emma | 1,200.00 |
| Fleming, Betty | 2,520.00 |
| Flowers, Glen L. | 1,180.00 |
| Foster, Rosaline | 2,950.00 |
| Frazier, Rebecca | 700.00 |
| Freeman, Carrie Mae | 148.44 |
| Fulford, Gloria | 720.00 |
| Bailey, Delaine | 846.00 |
| Gaines, Fannie | 750.00 |
| Garcia, Carol | 422.00 |
| Gardner, Catherine | 3,120.00 |
| Garner, Annie | 300.00 |
| Garth, Margo | 324.00 |
| Gaston, Eleanor | 165.00 |
| Geiss, Ellen | 451.50 |
| Genovese, Marian | 650.00 |
| Gerord, Mable | 360.00 |
| Gibbs, Donna | 4,800.00 |
| Gill, Gwendolyn | 300.00 |
| Gillespie, Connie | 1,083.00 |
| Godinez, Cheryl | 840.00 |
| Goehl, Linda C. | 161.00 |
| Gomez, Emily | 1,400.00 |
| Gomez, Teresa | 280.00 |
| Gordon, Dorothy | 160.00 |
| Grafreed, Mary L. | 1,634.00 |
| Green, Darlene | 847.00 |
| Greenfield, Minnie | 480.00 |
| Gregory, Mattie | 300.00 |
| Griffin, Lovie | 2,300.00 |
| Gross, Terrie | 430.00 |

| | | |
|---|---|---|
| Gulley, Deborah | 215.00 | |
| *Gustavson, Dennis | 1,600.00 | —filed 8/15/83 as No. 84-CC-425, a separate claim |
| Hale, Ella | 430.00 | |
| Hall, Addie | 900.00 | |
| Hall, Ernestine | 1,440.50 | |
| Hall, Lizzie | 980.00 | |
| Hamilton, Mary | 903.00 | |
| Harbor, Sherby | 150.00 | |
| Harding, Diane | 1,350.00 | |
| Harlan, Patricia | 800.00 | |
| Harris, Dallas | 3,165.00 | |
| Harris, Debbie | 900.00 | |
| Harris, Marilyn | 2,161.50 | |
| Harris, Teresa | 419.00 | |
| *Harrison, Brenda | 594.00 | —filed 9/7/83 as No. 84-CC-551, a separate claim |
| Hartsock, Teresa G. | 860.00 | |
| Hawkins, Louise | 250.00 | |
| Hawrysko, Kathleen | 390.00 | |
| Headley, Marilyn (Milton) | 768.00 | |
| Heavlin, Sandra | 1,672.52 | |
| Helfrich, Karen | 270.00 | |
| Hemmitt, Janice | 3,040.00 | |
| Herman, Joanne | 3,010.00 | |
| Hernandez, Felicita | 900.00 | |
| Hickmon, Jacqueline | 840.00 | |
| Hicks, Carol Sue | 2,300.00 | |
| Hicks, Dorothy | 2,835.00 | |
| Hinton, Flora | 2,050.00 | |
| Holman, Patricia | 608.00 | |
| Holmes, Debra | 450.00 | |
| Holmes, Diane | 360.00 | |
| Holmes, Judith | 133.62 | |
| Holmes, Ora | 1,520.00 | |
| Holt, Debra | 910.00 | |
| Horton, Sadie | 2,580.00 | |
| Hoskins, Donna R. | 637.00 | |
| Hotchkiss, Gwendolyn | 320.00 | |
| Hough, Emma | 920.00 | |
| Houston, Ellen | 1,806.00 | |
| Houston, Marcian | 800.00 | |
| Howard, Gwendolyn | 420.00 | |
| Howlett, Joane | 527.00 | |
| Hudson, Annie | 160.00 | |
| Hudson, Deborah | 3,780.00 | |
| Hughs, Patricia | 783.00 | |
| Hunter, Karina L. | 540.00 | |
| Hunter, Karina L. | 774.00 | |

| | |
|---|---|
| Hunter, Ruby | 420.00 |
| Isenhart, Sheila | 621.80 |
| Ivy, Loretta | 1,410.00 |
| Jackson, Alesia | 1,935.00 |
| Jackson, Annie | 576.00 |
| Jackson, Christine | 2,360.00 |
| Jackson, Dave | 1,260.00 |
| Jackson, Deborah | 900.00 |
| Jackson, Janice | 360.00 |
| Jackson, Karen | 155.00 |
| Jackson, Ophelia | 200.00 |
| James, Julia | 2,470.00 |
| Jarrett, Brenda | 78.40 |
| Jefferson, Valerie | 2,173.15 |
| Jennings, Darlene | 380.00 |
| Jimenez, Josephine | 1,548.00 |
| Johnson, Alta Marie | 300.00 |
| Johnson, Barbara | 920.00 |
| Johnson, Claudia | 2,400.00 |
| Johnson, Crozelle | 280.34 |
| Johnson, Deborah | 175.00 |
| Johnson, Doris J. | 550.00 |
| Johnson, Dorothy | 2,451.00 |
| Johnson, Jacqueline | 935.00 |
| Johnson, Mary | 1,040.00 |
| Johnson, Maxine | 450.00 |
| Johnson, Michelle | 232.50 |
| Johnson, Patricia | 4,160.00 |
| Johnson, Sandra | 229.00 |
| Jones, Bobbie | 840.00 |
| Jones, Georgia | 3,680.00 |
| Jones, Louise | 1,360.00 |
| Jones, Lucy Mae | 630.00 |
| Jordan, Juanita | 1,500.00 |
| Joseph, Cynthia | 600.00 |
| Katich, Deborah | 448.00 |
| Keithley, Marcia | 670.00 |
| Kennedy, Annie | 1,350.00 |
| Kessel, Lori S. | 575.00 |
| Kimbrough, Alberta | 544.00 |
| King, Barbara | 800.00 |
| King, Diane S. | 400.00 |
| Kitchen, Nancy | 300.00 |
| °Knight, Peggy Ann | 300.00—filed 5/17/83 as No. 83-CC-2399, a separate claim |
| °Kostecka, Robin | 1,260.00—filed 8/17/83 as No. 84-CC-455, a separate claim |
| Kowatch, Diane | 1,977.00 |
| Kyle, Marie | 280.00 |

| | | |
|---|---|---|
| Labon, Essie | 967.50 | |
| Lane, Annie | 3,220.00 | |
| Lane, Carol | 1,920.00 | |
| Lannom, Patricia Marie | 1,032.00 | |
| Large, Georgie | 962.28 | |
| Lasey, Mary | 434.00 | |
| Lathion, Mary Alice | 800.00 | |
| Lawshee, Mary L. | 420.00 | |
| LeShore, Juanita | 2,760.00 | |
| Leblanc, Delores | 709.50 | |
| Lebron, Margarita | 1,000.00 | |
| Lee, Irma Jean | 265.64 | |
| Lewis, Sheila | 600.00 | |
| Lhotak, Karen | 492.50 | |
| Lietz, Roberta | 99.00 | |
| Lindsey, Diane | 575.00 | |
| Lindsey, Eva | 860.00 | |
| Livingston, Fannie | 285.00 | |
| Lodes, Mary K. | 462.50 | |
| Lopez, Joyce | 480.00 | |
| Lucas, Brenda | 335.00 | |
| Lyles, Jacalyn | 1,882.28 | |
| Lynch, Jeanette | 450.00 | |
| Mackey, Dorothy | 1,050.00 | |
| Maddox, Dorothy | 2,080.00 | |
| Madison, Rhonda | 640.00 | |
| Majercin, Greta Kay | 1,618.00 | |
| Maple, Delores | 300.00 | |
| Marlow, Ollie | 250.00 | |
| Marlowe, Teresa | 300.00 | |
| Masa, Claudia | 162.35 | |
| Mason, Ethel | 640.00 | |
| Mason, Mary | 1,715.00 | |
| °Maxie, Wendy Kaye | 500.00 | —filed 7/29/83 as No. 84-CC-365, a separate claim |
| McCants, Lorraine | 1,207.50 | |
| McCaster, Emma | 900.00 | |
| °McCollough, Patricia | 2,700.00 | —filed 5/13/83 as No. 83-CC-2383, a separate claim |
| McConnell, Bonita | 280.00 | |
| McCord, Evelyn A. | 190.00 | |
| McCurry, Diane | 1,200.00 | |
| McDonald, Helen | 336.00 | |
| McDonald, Ida | 2,064.00 | |
| °McGary, Janet D. | 325.00 | —filed 5/16/83 as No. 83-CC-2340, a separate claim |
| McGee, Terri | 924.50 | |
| McKee, Janice | 2,720.00 | |

| | | |
|---|---|---|
| McKnight, Aletha | 232.00 | |
| McPhan, Claudia | 1,376.00 | |
| McQuillin, Jennifer | 720.00 | |
| Means, Shirley | 2,112.00 | |
| Michalek, Norma | 552.00 | |
| Miller, Carolyn | 832.00 | |
| Miller, Diana | 2,880.00 | |
| Miller, Lessie | 450.00 | |
| Miller, Lou Ada | 1,440.00 | |
| °Miller, Susanna | 1,190.00 | filed 5/17/83 as No. 83-CC-2400, a separate claim |
| Miller, Virgie | 396.00 | |
| Millins, Wendy | 112.70 | |
| Mills, Alice | 1,500.00 | |
| Minor, Sandra | 550.00 | |
| Mims, Letha | 888.00 | |
| Mitchell, Patricia | 420.00 | |
| Mobley, Judy | 1,997.50 | |
| Moll, Marcia | 537.50 | |
| Montgomery, Deloris | 645.00 | |
| Mooney, Flossie | 602.00 | |
| Moore, Beverly | 540.00 | |
| Moore, Willie B. | 960.00 | |
| Moore, Zernighda | 2,064.00 | |
| Moriarity, Debra | 3,450.00 | |
| Morin, Joan | 250.00 | |
| Morris, Emma J. | 500.00 | |
| Morrow, Lillie M. | 1,218.75 | |
| Moss, Pamela | 501.15 | |
| Moyer, Geneva | 1,216.25 | |
| Mudd, Navita | 200.00 | |
| Murphy, Sharon | 280.00 | |
| Murray, Barbarajean | 392.00 | |
| Myers, Jean | 16.00 | |
| °Najera, Mary | 1,064.00 | filed 8/16/83 as No. 84-CC-453, a separate claim |
| Nason, Jacqueline | 990.00 | |
| Neal, Doris | 1,062.50 | |
| Neal, Patricia Ann | 1,140.00 | |
| Nicholas, Gwendolyn | 172.00 | |
| Noel, Marie A. | 536.00 | |
| Novakovich, Joann | 550.00 | |
| Nowels, Cynthia | 903.00 | |
| O'Brien, Helen | 629.70 | |
| O'Donnell, Margaret | 235.00 | |
| Oglesby, Elfrieda | 1,520.00 | |
| Olivio, Amalia | 803.00 | |
| Otten, Judy L. | 118.22 | |

| | |
|---|---|
| Page, Patricia | 165.00 |
| *Page, Stephanie | 1,505.00—filed 5/16/83 as No. 83-CC-2388, a separate claim |
| Pate, Dorothy | 1,935.00 |
| Payner, Kathy Pople | 80.00 |
| Payton, Barbara | 600.00 |
| Perez, Aida | 490.00 |
| Perry, Betty | 1,827.50 |
| Perry, Jeanne | 90.00 |
| Peters, Marvalene | 1,340.00 |
| Pitts, Shirley | 1,200.00 |
| Pizano, Brenda | 890.00 |
| Poe, Jacqueline | 1,750.00 |
| Porter, Johnnie M. | 900.00 |
| Porter, Stella | 662.50 |
| Potts, Pamela | 105.00 |
| Powell, Albertha | 160.00 |
| Powell, Cynthia | 2,240.00 |
| Powell, Elizabeth | 780.00 |
| Presswood, Willie Mae | 900.00 |
| Price, Debra Joann | 2,657.00 |
| Pritchett, Doretta | 168.00 |
| Quinn, Joan | 950.00 |
| Randle, Jennette | 2,800.00 |
| Reddick, Kimberley S. | 322.50 |
| Reed, Diane | 452.50 |
| Reed, Michelle | 107.50 |
| Reid, Beatrice | 1,140.00 |
| Reid, Clarisy | 1,400.00 |
| Rembert, Valerie | 200.00 |
| Rhyns, Vernice | 200.00 |
| Richard, Bernice | 400.00 |
| Richardson, Gwenette | 774.00 |
| Riezinger, Lois | 600.00 |
| Riggleman, Karen | 56.00 |
| Rios, Lourdes | 2,280.00 |
| Rivera, Luz | 375.00 |
| Rivera, Sylvia | 1,200.00 |
| Robinson, Agnes | 600.00 |
| Robinson, Euzette | 140.00 |
| Robinson, Ruby | 2,600.00 |
| Rogers, Joyce | 205.00 |
| Root, Tammy Feemster | 600.00 |
| Rosado, Blanca | 1,200.00 |
| Routh, Nancy | 432.00 |
| Rush, Charlean | 790.00 |
| Rutledge, Luella | 1,485.00 |
| Ryan, Joan Tracy | 550.00 |
| Saddler, Syrena | 2,025.00 |

°Sample, Robin E. — 5,462.70—filed 8/15/83 as No. 84-CC-437, a separate claim

Samuels, Alicia — 2,100.00

Sanders, Vera — 2,720.00

°Sandifer, Beverly Ann — 300.00—filed 5/17/83 as No. 83-CC-2401, a separate claim

Scales, Beatrice — 1,120.00

Scales, Fredia — 3,050.00

Scott, Florida — 880.00

Scott, Rose — 210.00

Seamon, Jacqueline — 225.00

Seroka, Janice — 1,080.00

Shahbaz, Sarah — 1,741.50

Shack, Amanda — 860.00

Shade, Cynthia — 1,376.00

°Shaffer, Angela — 150.00—filed 6/8/83 as No. 83-CC-2603, a separate claim

Shamley, Lula — 390.00

Sharon, Yolanda — 2,400.00

Shelby, Freda — 2,365.00

Shelvy, Patricia — 700.00

Shelwood, Willie C. — 3,880.00

Sheppard, Carlotta — 1,720.00

Sherrill, Linda — 4,085.00

Shirley, Brenda — 397.50

Simpson, Deborah — 1,080.00

Simpson, Doris — 2,660.00

Simpson, Karen — 2,546.00

°Sims, Charles L. — 600.00—filed 8/3/83 as No. 84-CC-368, a separate claim

Sisney, Willetta — 1,000.00

Slaughter, Cora — 150.00

Smith, Frankie — 1,000.00

Smith, Freddie — 2,000.00

Smith, Glenda — 2,520.00

Smith, Gwendolyn — 480.00

Smith, Inell — 4,800.00

Smith, Joe Ann — 1,150.00

Smith, Vanessa — 94.00

Sorini, Georgette — 220.00

Spaulding, Eugene — 184.50

Stamps, Lois — 1,075.00

Standberry, Shirley — 838.50

Stanton, Sharon — 1,365.00

Starks, Bertha — 4,730.00

Stinson, Essie — 1,600.00

Stokes, Diane — 3,266.50

Strother, Ruthie — 1,440.00

Stroube, Carol J. — 1,380.00

| | |
|---|---|
| Sullen, Amanda | 483.75 |
| Sutherland, Nancy | 3,710.00 |
| Swington, Sharon | 1,440.00 |
| Tate, Shirley | 2,915.00 |
| Taylor, Janice Lockhart | 2,408.00 |
| Taylor, Jermaine (Dorothy) | 1,368.00 |
| Taylor, Joyce Denice | 710.00 |
| Taylor, Minnie | 250.00 |
| Taylor, Pamela | 900.00 |
| Taylor, Sharnese | 330.00 |
| Taylor-Goodman, Shelene | 301.00 |
| Terrell, Pamela | 750.00 |
| Theard, Marie | 1,600.00 |
| Thomas, Diane | 1,450.00 |
| Thomas, Karla Nadi | 1,440.00 |
| Thomas, Paulette Moss | 462.50 |
| Thompson, Mallie | 1,956.50 |
| Thompson, Sharon | 480.00 |
| Thurmond, Letitia | 840.00 |
| Tibbs, Sherial | 1,239.25 |
| Titus, Sandra | 1,182.50 |
| Townsend, Alfreda | 390.00 |
| Trippel, Rosine Andre | 1,152.00 |
| Turner, Edythe L. | 65.00 |
| Turner, Ora Lee | 400.00 |
| Turner, Yolanda | 640.00 |
| Valentine, Diane | 344.00 |
| Vancleve, Beth Liechty | 494.58 |
| Vanlandingham, Clara | 384.00 |
| Vega, Iris | 240.00 |
| Virzint, Sandra | 636.00 |
| Wagner, Juli | 450.00 |
| Wakeman, Judy Lynn | 600.00 |
| Waligoski, Cheryl | 709.50 |
| Walker, Edna | 2,459.38 |
| Ward, Delia | 1,649.00 |
| Ward, Mamie C. | 1,354.50 |
| Wardlow, Leslie | 160.00 |
| Ware, Rosie Mae | 840.00 |
| Warlock, Pamela | 1,920.00 |
| Washington, Deborah | 2,100.00 |
| °Washington, Leona | 1,860.00—filed 8/15/83 as No. 84-CC-424, a separate claim |
| Watlers, Linda | 420.00 |
| Watson, Charlotte | 588.15 |
| Watson, Katie | 1,320.00 |
| Watts, Janet | 1,700.00 |
| Weathersby, Constance | 903.00 |
| Weaver, Rebecca | 1,440.50 |

| | |
|---|---:|
| Weaver, Sherryl | 189.20 |
| Webster, Paulette | 280.00 |
| Welcher, Hattie | 2,300.00 |
| West, Fredricka | 315.00 |
| West, Rosemary | 1,230.05 |
| West, Sheila | 450.00 |
| White, Bernadette | 1,080.00 |
| White, Deborah | 1,845.00 |
| Whitehead, Marla | 3,500.00 |
| William, Hattie M. | 3,612.00 |
| Williams, Bertha | 400.00 |
| Williams, Bonnie | 1,225.00 |
| Williams, Brenda | 350.00 |
| Williams, Chlorine | 1,100.00 |
| Williams, Demper | 280.00 |
| Williams, Dorothy | 1,520.00 |
| Williams, Emma | 2,362.50 |
| Williams, Linda | 300.00 |
| Williams, Mae | 320.00 |
| Williams, Sandra | 1,397.50 |
| Williams, Sunday | 322.50 |
| Willingham, Lynette | 650.00 |
| Willis, Annette | 150.00 |
| Wilson, Deanna Sue | 477.00 |
| Wilson, Lucille | 645.00 |
| Wilson, Marie | 1,835.00 |
| Wilson, Mary | 3,784.00 |
| Winslow, Hope L. | 208.00 |
| Witcher, Gloria | 1,120.00 |
| Withers, Essie | 1,450.00 |
| Withrow, Elizabeth | 54.00 |
| Wooley, Cynthia | 1,200.00 |
| Wright, Mildred | 1,000.00 |
| Wright, Sharon | 960.00 |
| Yates, Josephine | 420.00 |

Total of individual *Simpson* claims recommended for Court award and State payment in *Marilyn Harris et al. v. Ill. Dept. of Public Aid*, Court of Claims No. 83-CC-2586      $590,634.52